

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

November 21, 2022

Evandro C. Gigante
Member of the Firm
d +1.212.969.3132
f 212.969.2900
egigante@proskauer.com
www.proskauer.com

<u>Via ECF</u>

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

Re:   *McLaughlin v. London Fischer, et al.*, Case No.: 22-cv-08949 (JLR)

Dear Judge Rochon:

    On behalf of Defendants London Fischer LLP and Bernard London (collectively "the Defendants") we write pursuant to Rule 1(F) of this Court's Individual Rules of Practice in Civil Cases seeking a brief adjournment of the December 13, 2022 conference.

    Counsel for the Defendants is unavailable on December 13, 2022 due to a previously scheduled mediation that cannot be moved. Counsel for the Defendants conferred with Counsel for Plaintiff to reschedule, and Counsel for Plaintiff do not object to rescheduling on December 14, 15 or 16.

    The Defendants have not previously requested adjournment.

Respectfully submitted,

*s/ Evandro C. Gigante*

Evandro C. Gigante

Request **GRANTED**. The December 13, 2022 conference is hereby adjourned to **December 14, 2022 at 11 a.m.** This order has no effect on any other dates or deadlines.

Dated:  November 22, 2022
          New York, New York

SO ORDERED

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge