UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN MCLAUGHLIN,

                  Plaintiff,

      -against-

LONDON FISCHER LLP and BERNARD
LONDON,

             Defendants.

1:22-cv-08949 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      On December 6, 2022, Defendants filed a Motion for Judgment on the Pleadings

("Motion").  ECF No. 20.  In the parties' joint letter filed that same day, Defendants requested an

extension of their time to file a reply to the Motion in light of the holidays.  ECF No. 23.

Plaintiff does not seek a corresponding extension of time to file an opposition.  The request for

an extension of time to file a reply is GRANTED.  Accordingly, Plaintiff shall file its opposition

to the Motion by **December 20, 2022** and Defendants shall file their reply by **January 5, 2023**.

                  SO ORDERED.

Dated:  December 7, 2022
       New York, New York

                            JENNIFER L. ROCHON
                            United States District Judge